# Court of Appeals
# of the State of Georgia

ATLANTA, <u> July 17, 2026 </u>

*The Court of Appeals hereby passes the following order:*

## A26A2428. ALEECE NICOLETTE WADE v. THE STATE.

In February 2026, Aleece Nicolette Wade pleaded guilty to obstructing an emergency medical technician, for which she was sentenced as a first offender to five years, with the first three months to be served in confinement and the balance on probation. Wade then filed a pro se notice of appeal, seeking a direct appeal from her plea and sentence.[1] We, however, lack jurisdiction.

Our General Assembly recently amended OCGA § 5-6-35 so that any direct appeal from a guilty plea entered on or after May 14, 2025, must "be initiated by filing an application for discretionary review." *Clark v. State*, 378 Ga. App. 111, 111 n.1 (924 SE2d 346) (2025); see OCGA § 5-6-35(a)(5.3). Compliance with the discretionary appeals procedure is jurisdictional. *Hester v. State*, 378 Ga. App. 121, 121 (924 SE2d 457) (2025). Consequently, Wade's failure to comply with the discretionary appeals procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* <u> 07/17/2026 </u>

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] Two days after filing the notice of appeal, Wade filed a motion to withdraw her guilty plea in the superior court. The superior court has not ruled on that motion.